IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CV 275

| | |
|---|---|
| W. KENNETH COSTANZO, et.al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| V ) | ORDER |
| ) | |
| SYNOVUS FINANCIAL CORP., et. al., ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the court on W. Carleton Metcalf's Application for Admission to Practice *Pro Hac Vice* of Thomas William McGee, III. It appearing that Thomas William McGee, III is a member in good standing with the South Carolina bar and will be appearing with W. Carleton Metcalf, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that W. Carleton Metcalf's Application for Admission to Practice *Pro Hac Vice* (#4) of Thomas William McGee, III is **GRANTED**, and that Thomas William McGee, III is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with W. Carleton Metcalf.

Signed: December 20, 2010

Dennis L. Howell
United States Magistrate Judge