**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:10 CV 275**

| | |
|---|---|
| W. KENNETH CONSTANZO, DAVID ) <br> A. GREFE AND WIFE LISA M. GREFE,) <br> CARL W. COLMAN, ROBERT F. ) <br> COLEMAN AND WIFE MARY ANN ) <br> COLEMAN AND 182 INVESTMENTS, ) <br> LLC, ) <br>    ) <br>    **Plaintiffs,** ) <br>    ) <br> Vs. ) <br>    ) <br> SYNOVUS FINANCIAL CORP. ) <br> D/B/A NATIONAL BANK OF SOUTH ) <br> CAROLINA AND NBSC ) <br> CORPORATION, ) <br>    ) <br>    **Defendants.** ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the court pursuant to a certificate of initial conference (#10) which was filed by defendants on February 24, 2011. An examination of the file in this cause now shows that a Motion to Dismiss the plaintiffs' Complaint was filed by defendants on March 4, 2011. As a result of this Motion to Dismiss, there has not been a joinder of issues in this case and the undersigned finds that the entry of a Pretrial Order and Case Management Plan pending the resolution of the Motion to Dismiss would be premature.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the pleading entitled "Synovus' Proposed Discovery Plan" (#10) which the undersigned has considered as a certification of initial attorney's conference is hereby **STRICKEN** without prejudice pending resolution of defendants' Motion to Dismiss.

Signed: March 18, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge