# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10cv275

W. KENNETH COSTANZO; DAVID )
A. GREFE AND WIFE LISA M. )
GREFE (husband and wife); CARL W. )
COLEMAN; ROBERT F. COLEMAN )
and wife MARY ANN COLEMAN; and )
182 INVESTMENTS, LLC, )
                               )
      Plaintiffs, )
                               )
v. )           **ORDER**
                               )
SYNOVUS FINANCIAL CORP., d/b/a )
NATIONAL BANK OF SOUTH )
CAROLINA; et al., )
                               )
      Defendants. )
_____ )

      Pending before the Court are the Motions for Extension of Time [# 71 & # 73].

For good cause shown, the Court **GRANTS** the motions [# 71 & # 73]. Defendants

shall have ten days from the Court's ruling on the pending Motions to Sever [# 69 &

# 72] to respond to the Amended Complaint and the Motion to Amend.


                            Signed: June 22, 2012


                            Dennis L. Howell
                            United States Magistrate Judge